UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: C 08-00343 JL

## AFFIDAVIT OF SERVICE

TECHNOLOGY LICENSING COMPANY, INC.

    Plaintiff/Petitioner.

vs.

SEARS, ROEBUCK AND CO.

    Defendant/Respondent.

_____/

Received by JPL Process Service on 01/23/2008 at 10:25 AM to be served upon:

SEARS, ROEBUCK AND CO.

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES    ss.

I, JEFF LANCASTER, depose and say that:

I am a Registered Process Server in the state of California.

On 01/24/2008 at 12:10 PM, I served the within SUMMONS IN A CIVIL CASE; COMPLAINT FOR PATENT INFRINGEMENT AND INDUCING PATENT INFRINGEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR PACKAGE on SEARS, ROEBUCK AND CO. at 818 W. 7TH STREET, Los Angeles, CA 90017 in the manner indicated below:

By delivering a true copy of this process to VIVIAN IMPERIAL - CT CORPORATION SYSTEMS. AGENT of the above named corporation and informing him/her of the contents.

At the time of service I was over the age of 18, am not a party to the above action, and am a Registered Process Server in good standing, in the judicial district in which this process was served.

I declare under penalties of perjury under the laws of the state of California that the foregoing is true and correct.

X _____
JEFF LANCASTER - 4696
JPL Process Service
P.O. Box 918
Midway City, CA 92655
866.754.0520
Atty File#:  - Our File# 7906