```
MAYER BROWN LLP
BRANDON BAUM (121318)
baum@mayerbrown.com
CLIFF A. MAIER Ph.D. (248858)
cmaier@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2080
Facsimile:  (650) 331-2060

Attorneys for Defendant
SEARS, ROEBUCK AND CO.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>Defendant. | Case No. C08-0343 (JL)<br><br>**NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12**<br><br>Action Filed: January 17, 2008 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L. R. 3-12, **PLEASE TAKE NOTICE** that the above-captioned case is related to the following case which is or was pending in this judicial district:

4:06-cv-04350-SBA Technology Licensing Company, Inc. v. Apex Digital Inc.

DATED: March 28, 2008

                                    MAYER BROWN LLP

                                    By:  /s/
                                         Brandon Baum
                                    Attorneys for Defendant and Counterclaimant
                                    SEARS, ROEBUCK AND CO.