JOHN W. CARPENTER (221708)
Technology Licensing Company Inc.
33 ½ Los Piños,
Nicasio, CA 94946
Phone: (415) 374-7157
Facsimile: (415) 866-410-6248
Email: john@jwcarpenterlaw.com

*Attorney for Plaintiff and Counterclaim Defendant Technology Licensing Company, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Technology Licensing Company, Inc.,**<br><br>Plaintiff and Counterclaim Defendant<br><br>v.<br><br>**Sears, Roebuck and Co.**<br><br>Defendant and Counterclaimant | Case No. C 08-0343 (JL)<br><br>**CERTIFICATION OF INTERESTED PARTIES OR PERSONS** |

## CERTIFICATION OF INTERESTED PARTIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed person, association of persons, firms, partnerships, corporations (including parent corporations) or other

entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

    Technology Licensing Company, TLC

DATED: March 30, 2008

Respectfully submitted,

By: s/ John W. Carpenter

JOHN W. CARPENTER (221708)
Technology Licensing Company Inc.
33 ½ Los Piños,
Nicasio, CA 94946
Phone: (415) 374-7157
Facsimile: (415) 866-410-6248
Email: john@jwcarpenterlaw.com

*Attorney for Plaintiff and Counterclaim Defendant Technology Licensing Company*

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Technology Licensing Company Inc., 33 ½ Los Pinos, Nicasio, CA 94946. On the date set forth below I served the documents described below in the manner described below:

**TLC INC.'s CERTIFICATION OF INTERESTED PARTIES**

☐ (BY US MAIL) I am personally and readily familiar with the business practice of TLC for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of TLC for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of TLC for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be served by electronic mail to the undersigned.

on the following part(ies) in this action:

BRANDON BAUM (No. 121318) baum@mayerbrown.com
CLIFF A. MAIER (No. 248858) cmaier@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: 650/331-2080
Facsimile: 650/331-2060

Executed on March 30, 2008 at San Francisco, California:

_P. M. Lewis_