1 | JOHN W. CARPENTER (Bar No. 221708)
john@jwcarpenterlaw.com
Technology Licensing Company, Inc.
33 1/2 Los Pinos
Nicasio, CA 94946
Telephone: (415) 240-4700
Facsimile: (415) 240-4771

Attorney for Plaintiff
TECHNOLOGY LICENSING COMPANY, INC.

MAYER BROWN  LLP
BRANDON BAUM (121318)
baum@mayerbrown.com
CLIFF A. MAIER Ph.D. (248858)
cmaier@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2080
Facsimile:  (650) 331-2060

Attorneys for Defendant
SEARS, ROEBUCK & CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK & CO.<br><br>Defendant. | Case No. C- 08-0343 MMC (MED)<br><br>Action Filed: January 17, 2008<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

44046883.1

**STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**
**CASE NO. C- 08-0343 MMC (MED)**

1  Pursuant to Civil Local Rules 6-2 and 7-12, plaintiff Technology Licensing Company, Inc.
2  ("TLC") and defendant Sears, Roebuck & Co. ("Sears") jointly submit Stipulated Request and
3  Proposed Order and request the Court continue the Case Management Conference in this case.

4  STIPULATED REQUEST

5  WHEREAS, TLC and Sears have been engaged in meaningful settlement discussions
6  pursuant to Federal Rule of Evidence 408;
7  WHEREAS, TLC and Sears are hopeful that the case can be settled if those discussions
8  continue;
9  WHEREAS, the parties believe that additional time will enhance the possibility of a
10 settlement without the need for formal discovery;
11 NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE
12 COUNSEL OF RECORD, STIPULATE AND JOINTLY REQUEST THAT:
13 The Court continue the Initial Case Management Conference currently scheduled for May
14 23, 2008 until Friday, June 20, 2008 at 10:30 a.m. or as soon thereafter as is convenient with the
15 Court's calendar.
16 IT IS SO STIPULATED.

17
18 Dated: May 9, 2008                    By:    /s/  John Carpenter
19                                        *Attorney for Plaintiff Technology Licensing Company, Inc.*
20 Dated: May 9, 2008                    Mayer Brown LLP
21
22                                        By:    /s/  Brandon Baum
23                                        *Attorneys for Defendant Sears, Roebuck & Co.*
24
25
26
27
28

44046883.1                                    1    **STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**
                                                   **CASE NO. C- 08-0343 MMC (MED)**

1
2                                    **[PROPOSED] ORDER**
3       The Case Management Conference presently scheduled for May 23, 2008 at 10:30 a.m. is
4  hereby continued to June 20/_____ 2008 at 10:30 a.m.
5
6  Dated: _____                    _____
7                                          United States District Judge
8
9
10
...
28  44046883.1                           2        **STIPULATED REQUEST FOR CONTINUANCE OF CASE**
                                                  **MANAGEMENT CONFERENCE AND PROPOSED ORDER**
                                                  **CASE NO. C- 08-0343 MMC (MED)**