1   JOHN W. CARPENTER (Bar No. 221708)      MAYER BROWN  LLP
    john@jwcarpenterlaw.com                 BRANDON BAUM (121318)
2   Technology Licensing Company, Inc.       baum@mayerbrown.com
    33 1/2 Los Pinos                         CLIFF A. MAIER Ph.D. (248858)
3   Nicasio, CA 94946                        cmaier@mayerbrown.com
    Telephone:  (415) 240-4700               Two Palo Alto Square, Suite 300
4   Facsimile:  (415) 240-4771               3000 El Camino Real
                                             Palo Alto, CA  94306-2112
5   Attorney for Plaintiff                   Telephone: (650) 331-2080
    TECHNOLOGY LICENSING COMPANY,            Facsimile:  (650) 331-2060
6   INC.
                                             Attorneys for Defendant
7                                            SEARS, ROEBUCK & CO.

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11
    TECHNOLOGY LICENSING COMPANY,            Case No. C- 08-0343 MMC (MED)
12  INC., a California Corporation
                                             Action Filed:  January 17, 2008
13              Plaintiff,
                                             **STIPULATED REQUEST FOR**
14       v.                                  **CONTINUANCE OF CASE**
                                             **MANAGEMENT CONFERENCE AND**
15  SEARS, ROEBUCK & CO.                     **[PROPOSED] ORDER**

16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28
    44046883.1
                                             STIPULATED REQUEST FOR CONTINUANCE OF CASE
                                             MANAGEMENT CONFERENCE AND PROPOSED ORDER
                                             CASE NO. C- 08-0343 MMC (MED)

1    Pursuant to Civil Local Rules 6-2 and 7-12, plaintiff Technology Licensing Company, Inc.

2  ("TLC") and defendant Sears, Roebuck & Co. ("Sears") jointly submit Stipulated Request and

3  Proposed Order and request the Court continue the Case Management Conference in this case.

4                    <u>STIPULATED REQUEST</u>

5    WHEREAS, TLC and Sears have been engaged in meaningful settlement discussions

6  pursuant to Federal Rule of Evidence 408;

7    WHEREAS, TLC and Sears are hopeful that the case can be settled if those discussions

8  continue;

9    WHEREAS, the parties believe that additional time will enhance the possibility of a

10  settlement without the need for formal discovery;

11    NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE

12  COUNSEL OF RECORD, STIPULATE AND JOINTLY REQUEST THAT:

13    The Court continue the Initial Case Management Conference currently scheduled for May

14  23, 2008 until Friday, June 20, 2008 at 10:30 a.m. or as soon thereafter as is convenient with the

15  Court's calendar.

16    IT IS SO STIPULATED.

17

18  Dated: May 9, 2008                    By:    /s/  John Carpenter

19                                 *Attorney for Plaintiff Technology Licensing
                                   Company, Inc.*

20  Dated: May 9, 2008                    Mayer Brown LLP

21

22                                 By:    /s/  Brandon Baum

23                                 *Attorneys for Defendant Sears, Roebuck & Co.*

24

25

26

27

28
     44046883.1                    1      **STIPULATED REQUEST FOR CONTINUANCE OF CASE
                                          MANAGEMENT CONFERENCE AND PROPOSED ORDER
                                          CASE NO. C- 08-0343 MMC (MED)**

1

2                                    ~~[PROPOSED]~~ ORDER

3        The Case Management Conference presently scheduled for May 23, 2008 at 10:30 a.m. is

4   hereby continued to June 20/_____ 2008 at 10:30 a.m.

5

6   Dated: <u>May 12, 2008</u>            _____

7                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    44046883.1                          2        **STIPULATED REQUEST FOR CONTINUANCE OF CASE**
                                                 **MANAGEMENT CONFERENCE AND PROPOSED ORDER**
                                                 **CASE NO. C- 08-0343 MMC (MED)**