JOHN W. CARPENTER (Bar No. 221708)
john@jwcarpenterlaw.com
Technology Licensing Company, Inc.
33 1/2 Los Pinos
Nicasio, CA 94946
Telephone: (415) 240-4700
Facsimile: (415) 240-4771

Attorney for Plaintiff
TECHNOLOGY LICENSING COMPANY, INC.

MAYER BROWN LLP
BRANDON BAUM (121318)
baum@mayerbrown.com
CLIFF A. MAIER Ph.D. (248858)
cmaier@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2080
Facsimile: (650) 331-2060

Attorneys for Defendant
SEARS, ROEBUCK & CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., a California Corporation<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK & CO.<br><br>　　　　　　　　Defendant. | Case No. C- 08-0343 MMC (MED)<br><br>Action Filed: January 17, 2008<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL. L.R. 6-2 AND [PROPOSED] ORDER** |

　　　　Pursuant to Civil Local Rules 6-2, plaintiff Technology Licensing Company, Inc. ("TLC") and defendant Sears, Roebuck & Co. ("Sears") jointly submit Stipulated Request and Proposed Order and request the Court continue the Case Management Conference in this case.

## STIPULATED REQUEST

The Initial Case Management Conference is currently set for June 20, 2008 at 10:30 AM.

Plaintiff and a Third Party have signed a Conditional Settlement Agreement which requires a number of periodic payments be made to Plaintiff. After Plaintiff receives the final payment on or before September 2, 2008, the terms of the Conditional Settlement Agreement will be satisfied, and this lawsuit will subsequently be dismissed.

The parties have agreed that a cost-effective approach to this law suit is to seek a continuance of the initial Case Management Conference to September 19, 2008 at 10:30 A.M., or to whatever date and time thereafter as set by the Court.

Although this is the second request for a time modification of the Initial Case Management in this matter, this is the first request since the Conditional Settlement Agreement was entered into, and the fulfillment by the Third Party of its obligations under that agreement will obviate the need to further prosecute this case.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that the Initial Case Management Conference in this matter by continued to September 19, 2008 at 10:30 AM, or to whatever date and time thereafter as set by the Court.


Dated: June 2, 2008                By:    /s/ John Carpenter

                                   *Attorney for Plaintiff Technology Licensing Company, Inc.*

Dated: June 2, 2008                Mayer Brown LLP

                                   By:    /s/ Brandon Baum

                                   *Attorneys for Defendant Sears, Roebuck & Co.*

## [PROPOSED] ORDER

The Case Management Conference presently scheduled for June 20, 2008 at 10:30 a.m. is hereby continued to September 19, 2008 at 10:30 a.m.

Dated: _____          _____
                              United States District Judge