JOHN W. CARPENTER (Bar No. 221708)
john@jwcarpenterlaw.com
Technology Licensing Company, Inc.
33 1/2 Los Pinos
Nicasio, CA 94946
Telephone: (415) 240-4700
Facsimile: (415) 240-4771

Attorney for Plaintiff
TECHNOLOGY LICENSING COMPANY, INC.

MAYER BROWN LLP
BRANDON BAUM (121318)
baum@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2080
Facsimile: (650) 331-2060

Attorneys for Defendant
SEARS, ROEBUCK & CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK & CO.<br><br>Defendant. | Case No. C- 08-0343 MMC (MED)<br><br>Action Filed: January 17, 2008<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Plaintiff Technology Licensing Company, Inc. and defendant Sears, Roebuck & Co., through their undersigned counsel of record, jointly submit this Proposed Stipulation that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: September 9, 2008            By: _____
                                    *Attorney for Plaintiff Technology Licensing Company, Inc.*

Dated: September 9, 2008            Mayer Brown LLP

                                    By: _____
                                    *Attorneys for Defendant Sears, Roebuck & Co.*

### [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____       _____
                                    United States District Judge