1  JOHN W. CARPENTER (Bar No. 221708)
   john@jwcarpenterlaw.com
2  Technology Licensing Company, Inc.
   33 1/2 Los Pinos
3  Nicasio, CA 94946
   Telephone: (415) 240-4700
4  Facsimile: (415) 240-4771

5  Attorney for Plaintiff
   TECHNOLOGY LICENSING COMPANY, INC.
6

7  MAYER BROWN LLP
   BRANDON BAUM (121318)
8  baum@mayerbrown.com
   Two Palo Alto Square, Suite 300
9  3000 El Camino Real
   Palo Alto, CA 94306-2112
10 Telephone: (650) 331-2080
   Facsimile: (650) 331-2060
11
   Attorneys for Defendant
12 SEARS, ROEBUCK & CO.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK & CO.<br><br>Defendant. | Case No. C- 08-0343 MMC (MED)<br><br>Action Filed: January 17, 2008<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

1   Plaintiff Technology Licensing Company, Inc. and defendant Sears, Roebuck & Co.,
2   through their undersigned counsel of record, jointly submit this Proposed Stipulation that the
3   above-captioned action, including all claims and counterclaims, be and hereby is dismissed with
4   prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs
5   and attorneys' fees.

    IT IS SO STIPULATED.

Dated: September 9, 2008        By: _____
                                *Attorney for Plaintiff Technology Licensing
                                Company, Inc.*

Dated: September 9, 2008        Mayer Brown LLP

                                By: _____

                                *Attorneys for Defendant Sears, Roebuck & Co.*

### [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: September 9, 2008        _____
                                United States District Judge